IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                                          Plaintiff

v.                                                                            Criminal No. 3:16-cr-00028-DCB-LRA-001

LANCE SCOTT                                                                                                     Defendant

and

RELIABLE RENTAL EQUIPMENT LLC                                                                      Garnishee
210 Meadowbrook Rd.
Jackson, MS 39206

## ORDER QUASHING WRIT OF GARNISHMENT

THIS CAUSE came on for consideration upon the United States of America's Motion [34], requesting that the Court quash the Writ of Garnishment [30] because the Defendant is no longer employed by the Garnishee, and it does not maintain possession, custody, or control of property belonging to the Defendant. Premises considered, the motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment entered on May 17, 2024, is quashed, and Garnishee, Reliable Rental Equipment LLC, is hereby dismissed.

ORDERED AND ADJUDGED this   23rd   day of   May  024.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE